# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERKLEY E. WILLIAMS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action** |
| | : | **No. 17-2514** |
| **TEMPLE UNIVERSITY** | : | |
| **HOSPITAL, INC.,** | : | |
| Defendant. | : | |

## ORDER

This 17th day of December, 2018, it is hereby **ORDERED** that Defendant Temple University Hospital's Motion for Summary Judgment is **DENIED**.

                                                        /s/ Gerald Austin McHugh
                                                        United States District Judge